Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

RACHELLE QUTOB,

Plaintiff,

v.

LUCKY BEAVER, LLC,

Defendant.

Case No.: 3:26-cv-00342-ART-CLB

**ORDER GRANTING STIPULATION TO EXTEND MOTION REGARDING DISCOVERY DISPUTE BRIEFING DEADLINES (FIRST REQUEST)**

COMES NOW Plaintiff, RACHELLE QUTOB ("Plaintiff"), and Defendant, LUCKY BEAVER, LLC ("Defendant"), by and through their undersigned counsel of record, and hereby stipulate and agree to extend the deadline for Plaintiff to file her Opposition to Defendant's Motion Regarding Discovery Dispute [ECF No. 17] for a period of two weeks, up to and including November 30, 2026.

Based on the proposed deadline for Plaintiff's Opposition, the parties further stipulate and agree to extend the deadline for Defendant to file its Reply in Support of the Motion Regarding Discovery Dispute [ECF No. 17] by two weeks, up to and including December 21, 2026.

This extension is requested as lead counsel for Plaintiff, Mark Mausert, has a heavy workload as his associate attorney, Sean McDowell, will be leaving the firm soon. As a courtesy, Counsel for Plaintiff extended the same extension for Defendant's reply to accommodate scheduling conflicts that the new opposition deadlines interfere with.

This request is not for the purpose of delay. Therefore, the parties respectfully request a two-week extension of time, up to and including November 30, 2026, for Plaintiff to file her Opposition to Defendant's Motion Regarding Discovery Dispute and a two-week extension of time for Defendant to file its Reply in Support of the Motion Regarding Discovery Dispute, up to and including December 21, 2026.

DATED this 12th day of November, 2026.
MARK MAUSERT LAW OFFICE

By: *__/s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 12th day of November, 2026.
LITTLER MENDELSON, P.C.

By: *_/s/ Amy Thompson*
PATRICK H. HICKS, ESQ.
AMY L. THOMPSON, ESQ.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendant*

IT IS SO ORDERED:

____________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2026.